BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>RUBEN AVILA-ANGULO,<br><br>                              Defendant. | CASE NO.  1:13-cr-00312-AWI-BAM<br><br>STIPULATION AND ORDER TO CONTINUE JURY TRIAL AND TRIAL CONFIRMATION DATES; EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |

Plaintiff United States of America, by and through its counsel of record BENJAMIN B. WAGNER, United States Attorney and LAUREL J. MONTOYA, Assistant U.S. Attorney, and defendant Ruben AVILA-ANGULO by and through his undersigned counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for Trial Confirmation  on July 6, 2015 at 10:00 a.m.;

2. By previous order, this matter was set for jury trial on July 21, 2015 at 8:30 a.m.;

3. The government is requesting a brief continuance of this matter due to an unavailability of witnesses on the date currently set for jury trial.  The defendant is requesting a brief continuance of the trial date due to an out of

1

town commitment on a death penalty matter. and to continue plea negotiations which have been frequent and on-going, and to conduct investigation related to the plea offer and/or defenses in this case.

4. By this stipulation, government and the defendant moves to continue the trial confirmation to July 27, 2015 at 10:00 a.m.

5. By stipulation, the parties move to continue the jury trial to August 18, 2015, at 8:30 a.m.

6. Time has previously been excluded to and through July 21, 2015, the date set for the jury trial in this matter.

7. Despite the exercise of due diligence, counsel for the defense and government cannot adequately be prepared to proceed to trial on the date currently set.

8. The parties agree and stipulate, and request that the Court find the following:

    a. Additional time is needed to secure the attendance of witnesses at the trial.  There are scheduling conflicts with a number of key government witnesses;

    b. Additional time is needed for investigation related to the formulation and consideration of the previously tendered offer and recent formal plea agreement to settle the matter.

    c. The parties have agreed to continue the date for the trial confirmation to July 27, 2015 at 10:00 a.m.;

    d. The parties have agreed to continue the jury trial date to August 18, 2015 at 8:30 a.m.;

    e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to and through July 21, 2015 has previously been excluded by the court.  Time between July 21, 2015 and August 18, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv) because it results from a

continuance granted by the Court at both the defendants' and government's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

            f.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:  June 30, 2015                    /s/ Laurel J. Montoya
                                        LAUREL J. MONTOYA
                                        Assistant United States Attorney

DATED:  June 30, 2015                    /s/ Lupe Rodriguez, Jr.
                                        LUPE RODRIGUEZ, JR.
                                        Attorney for Defendant

### O R D E R

IT IS SO FOUND AND ORDERED that the TRIAL CONFIRMATION is continued to July 27, 2015 at 10:00 a.m., the JURY TRIAL is continued to August 18, 2015 at 8:30 a.m., and time is excluded as set forth above.

IT IS SO ORDERED.

Dated:   June 30, 2015              _____

                              SENIOR  DISTRICT  JUDGE