LUPE RODRIGUEZ, ESQ. (SBN 175449)
LAW OFFICE OF LUPE RODRIGUEZ, Jr. APC
444 West C Street, Suite 340
San Diego, CA 92101
(619) 241-2105 (phone)
(619) 241-2106 (fax)
LRodriguez@LRodLaw.com

Attorney for Defendant Ruben Avila-Angulo (1)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HONORABLE ANTHONY W. ISHII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case Number: 13 CR 0312-AWI-1 |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING HEARING FROM OCTOBER 26, 2015 AT 1:30 P.M. TO FEBRUARY 22, 2016 AT 1:30 P.M.** |
| RUBEN AVILA-ANGULO (1) | |
| Defendant | |

   Defendant, by and through, Lupe Rodriguez, Jr., his counsel of record and with the consent and stipulation of the government, by and through Assistant U.S. Attorney Kevin Rooney jointly move this Court for an Order approving a continuance of the sentencing hearing for Ruben Avila-Angulo ("Mr. Avila-Angulo"). Assistant U.S. Attorney Laurel J. Montoya, who is handling this matter is currently out of the office and upon her return, she may petition this Court to move the sentencing if it becomes necessary to do so.

//

//

//

The parties ask this Court to continue the sentencing hearing from October 26, 2015 at 1:30 p.m., to February 22, 2016 at 1:30 p.m. because defense counsel needs additional time to obtain necessary sentencing related information and documents in order to resolve issues related to the sentencing recommendation by counsel for the Government prior to sentencing. Additionally, defense counsel is also addressing issues related to his gravely ill father who recently suffered two (2) strokes and a heart attack.

The Defendant, Mr. Avila-Angulo is currently in Federal custody awaiting sentencing in this matter.

This Motion is based on this pleading, and any and all other oral or written information supplied to the Court upon the hearing of this Motion.

Dated: October 22, 2015            Respectfully submitted,


                                                s/ Lupe Rodriguez, Jr.
Lupe Rodriguez, Jr.
Attorney for Defendant
Ruben Avila-Angulo


                                                s/Laurel J. Montoya
Laurel J. Montoya
Assistant United States Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY W. ISHII)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 13CR0312-AWI-1 |
| Plaintiff, ) | ORDER APPROVING THE CONTINUANCE OF THE SENTENCING HEARING CURRENTLY SET FOR OCTOBER 26, 2015 AT 1:30 P.M. AND RESETTING THE SENTENCING HEARING FOR FEBRUARY 22, 2016 AT 1:30 P.M. |
| v. ) | |
| RUBEN AVILA-ANGULO (1) ) | |
| Defendant. ) | |

GOOD CAUSE APPREARING, IT IS HEREBY ORDERED that the sentencing hearing currently set for OCTOBER 26, 2015 at 1:30 p.m. in this Court is continued and reset FEBRUARY 22, 2016 at 1:30 p.m. in this Court.

Dated: OCTOBER 22, 2015

Hon. ANTHONY W. ISHII
United States District Judge

ORDER APPROVING CONTINUANCE OF SENTENCING HEARING

13CR0312-AWI-1