BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-0312-AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | DATE: FEBRUARY 22, 2016 |
| RUBEN AVILA-ANGULO, | TIME: 1:30 p.m. |
| Defendant. | COURT: Hon. Anthony W. Ishii |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on FEBRUARY 22, 2016 at 1:30 p.m.

2. By this stipulation, defendant now moves to continue the sentencing until JUNE 13, 2016 at 1:30 p.m.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant started a jury trial in the Southern District of California – San Diego. This trial is expected to take 6 to 8 weeks to complete. Counsel for defendant is not available to appear on the date currently set for sentencing due to this commitment.

   b) The government does not object to the continuance.

c) Good cause exists to continue the sentencing hearing as requested. The ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant.

IT IS SO STIPULATED.

Dated: February 11, 2016                    BENJAMIN B. WAGNER
                                            United States Attorney


                                            /s/ LAUREL J. MONTOYA
                                            LAUREL J. MONTOYA
                                            Assistant United States Attorney


Dated: February 11, 2016                    /s/ LUPE RODRIGUEZ
                                            LUPE RODRIGUEZ
                                            Counsel for Defendant
                                            RUBEN AVILA-ANGULO


**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:   February 11, 2016              _____
                                            SENIOR DISTRICT JUDGE

2