BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>RUBEN AVILA-ANGULO,<br><br>                    Defendant. | CASE NO. 1:13-CR-0312-AWI-BAM<br><br>STIPULATION TO CONTINUE SENTENCING HEARING*;* ORDER<br><br>*DATE:* June 13, 2016<br>*TIME:* 1:30 p.m.<br>COURT: Hon. Anthony W. Ishii |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for sentencing on June 13, 2016 at 1:30 p.m.

2.  By this stipulation, defendant now moves to continue the sentencing until August 8, 2016 at 1:30 p.m.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  Counsel for defendant is not available to appear on the date currently set for sentencing due to a family commitment out of state.

    b)  The government does not object to the continuance.

    c)  Good cause exists to continue the sentencing hearing as requested. The ends of justice served by continuing the case as requested outweigh the interest of the public and the

defendant.

    IT IS SO STIPULATED.

Dated:  June 6, 2016                    BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ LAUREL J. MONTOYA
                                          LAUREL J. MONTOYA
                                          Assistant United States Attorney


Dated:  June 6, 2016                      /s/ LUPE RODRIGUEZ
                                            LUPE RODRIGUEZ
                                          Counsel for Defendant
                                          RUBEN AVILA-ANGULO


IT IS SO ORDERED.

Dated:  June 7, 2016                      _____
                                          SENIOR  DISTRICT  JUDGE